IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MASSI RAZAVI,<br><br>  Petitioner,<br><br> vs.<br><br>SCOTT KERNAN, et al.<br><br>  Respondent. | Case No. 2:18-cv-00030-WBS-AC P<br><br>[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |

The Court, having considered the Petitioner's Motion for Extension of Time to File Objections to Findings and Recommendations, does hereby find and ORDER:

1. The Motion for Extension of Time to File Objections to Findings and Recommendation (ECF No. 21) is GRANTED.
2. The existing deadlines are continued as follows:
   a. Petitioner shall file the objections by December 6, 2018.
   b. Any response should be filed 14 days after service of the objections.

DATED: November 1, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER FOR 30 DAY EXTENSION OF TIME TO
FILE OBJECTIONS - 1